# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE PIERCE,** | : | Civil No. 1:20-CV-1394 |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| **ANDREW M. SAUL**<br>**Commissioner of Social Security** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 13th day of May, 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge